UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**SHELLY BROOKS, SHANNON DYER,
JOVANNA MEROLLA, and
REBECCA THOMAS, Individually and
and on behalf of all others similarly
situated,**

**Plaintiffs**

v.

**UMASS MEMORIAL MEDICAL
CENTER, INC.,
Defendant**

No.: 4:23-cv-40011-MRG

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)

The undersigned counsel for the parties conferred as required by Fed. R. Civ. P. 26(f) and L.R. 16.1(d) and jointly submit the following proposed Scheduling Order in advance of the April 12, 2023 Scheduling Conference. This proposed Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice.

### Discovery and Motion Practice Schedule

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), the parties proposed the following Discovery and Motion Practice Schedule:

1. **Initial Disclosures**. The parties propose that Initial Disclosures related to the class certification issue only, be completed within fourteen (14) days after the April 12, 2023 Scheduling Conference.

2. **Amendments to Pleadings**. The parties agree that given the procedural posture of the matter, amendments to pleadings can only be made with leave of the Court.

3. **Electronic Discovery**. The parties have agreed to discuss the best means of searching and producing ESI as the case proceeds. At this point in time, with respect to the issue

1

of class certification, the parties do not anticipate extensive electronic discovery will be necessary. If this changes, the parties agree to confer.

4. **Fact Discovery**. The parties agree that fact discovery shall be bifurcated into two phases. Phase I discovery will be limited to whether or not class certification pursuant to Fed. R. Civ. P. 23 is appropriate. Phase II discovery will proceed only if a class is certified and will allow for discovery on the merits of the claims and defenses and the amount of alleged class damages.

The parties propose the following Phase I discovery schedule:

    a. The parties agree that all requests for production of documents, requests for admissions, and interrogatories on class certification issues must be served by August 1, 2023.

    b. The parties agree that all depositions, other than expert depositions, on class certification issues must be completed by October 31, 2023. Parties will be limited to no more than four (4) depositions each on class certification issues.

    c. The parties agree that all discovery, other than expert discovery, on class certification issues must be completed by October 31, 2023.

5. **Motion on Class Certification**. The parties propose that Plaintiffs' motion for class certification be filed no later than thirty (30) days after the Close of Phase I Fact Discovery. Defendant's opposition to class certification is to be filed no later than thirty (30) days after service of Plaintiffs' motion for class certification, and Plaintiffs' reply in further support of class certification be filed no later than fifteen (15) days after service of Defendant's opposition.

6.  **Status Conference**.  The parties propose that a status conference be held following the Court's ruling on class certification to discuss any dispositive motions, further fact discovery, and other additional deadlines.

**Procedural Provisions**

1.  **Magistrate Judge**.  The parties do not consent to trial by Magistrate Judge.

2.  **Alternate Dispute Resolution**. Parties have discussed alternative dispute resolution with their clients and no settlement has been reached at this time. Parties will continue to explore avenues to settle the matter.

3.  **Status Conferences**.  Any party who reasonably believes that a status conference will assist in management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.  Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled.

4.  **Local Rule 16.1(d)(3) Certifications**.  Each party will file the required Certifications separately from this Joint Statement prior to the initial scheduling conference

| PLAINTIFFS,<br><br>By their attorneys,<br><br>/s/ Ryan P. Mclane<br>Ryan P. McLane, BBO#697464<br>Lauren Bradford, BBO #700084<br>McLane & McLane, LLC<br>269 South Westfield Street<br>Feeding Hills, MA 01030<br>Telephone: (413) 789-7771<br>ryan@mclanelaw.com<br>lauren@mclanelaw.com | DEFENDANT,<br><br>By its attorneys,<br><br>/s/ Robert L. Kilroy<br>Robert L. Kilroy, BBO #636853<br>Amanda M. Baer, BBO #681386<br>Massiel L. Sanchez, BBO #699260<br>Ashlyn E. Dowd, BBO #707121<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA  01581-3926<br>Phone: 508.860.1464<br>Fax:    508.983.6264<br>rkilroy@mirickoconnell.com<br>abaer@mirickoconnell.com<br>msanchez@mirickoconnell.com<br>adowd@mirickoconnell.com |
|---|---|

CERTIFICATE OF SERVICE

      I,    , hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ _____

Dated: March  , 2023