UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brooks,
      Plaintiff

    v.

UMass Medical Center, Inc.,
      Defendant,

CIVIL ACTION

NO. 23-40011-MRG

## ORDER OF DISMISSAL

**Guzman, D.J.**

    In accordance with the Court's Order dated 4/8/25, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    4/9/25
    Date

/s/ Martin Castles
Deputy Clerk